No. 552, Misc. THOMAS v. UNITED STATES. Motion for leave to file petition for writ of certiorari denied.

No. 550, Misc. LUNSFORD v. SHERIFF, HANSFORD COUNTY, TEXAS, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 499, Misc. FITZGERALD v. UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, ET AL. Motion for leave to file petition for writ of mandamus denied. *John O'C. FitzGerald* pro se. Solicitor General *Cox* for respondents.

No. 778, Misc. AN-SON OFFSHORE DRILLING CO. v. LEVET, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus and/or prohibition denied. *Eberhard P. Deutsch, Malcolm W. Monroe* and *Eugene Underwood* on the motion.

No. 257. PAN AMERICAN WORLD AIRWAYS, INC., v. UNITED STATES. Appeal from the United States District Court for the Southern District of New York. Further consideration of the question of jurisdiction postponed to the hearing of the case on the merits. *David W. Peck* for appellant.

No. 557. FLORIDA LIME & AVOCADO GROWERS, INC., ET AL. v. PAUL, DIRECTOR OF DEPARTMENT OF AGRICULTURE OF CALIFORNIA, ET AL. Appeal from the United States District Court for the Northern District of California. Probable jurisdiction noted. *Isaac E. Ferguson* for appellants. *Stanley Mosk,* Attorney General of California, *Walter S. Rountree,* Assistant Attorney General, and *Lawrence E. Doxsee* and *John Fourt,* Deputy Attorneys General, for appellees.